**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327 MDL 2327** |
| THIS DOCUMENT RELATES TO:<br><br>*Jacinta Leavitt and Paul Leavitt v. Ethicon, Inc. and Johnson & Johnson* Case No.  2:14-cv-01655 | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## PARTIES' JOINT DESIGNATION OF NON-PTO FILINGS FROM 2:12-MD-2327[1]

Plaintiffs and Defendants, by and through their respective counsel, designate the following non-PTO filings from 2:12-MD-2327 for transmission to the transferor court in the above-referenced action:

| Docket No. | Filed By | Title | Date |
|---|---|---|---|
| 238 | Plaintiff | First Amended Master Long Form Complaint and Jury Demand | 8/31/12 |
| 239 | Defendant | Master Answer and Jury Demand of Defendant Ethicon, Inc. to First Amended Master Complaint | 8/31/12 |
| 241 | Defendant | Master Answer and Jury Demand of Defendant Johnson & Johnson to First Amended Master Complaint | 8/31/12 |
| 262 | Plaintiffs | Short Form Complaint | 9/26/2012 |

---

[1] Defendants' position is that the Daubert Orders included in this document may be considered by the remand Court, but that these Orders have not been adopted in this case. Plaintiffs' position is that the General Daubert Motions in this case are substantively identical to previously filed motions that have already been ruled on by the remanding court and, therefore, have already been substantively ruled on prior to transfer as reflected in the Daubert Orders in this document. The Parties further agree and stipulate that, subject to the Court's approval, any party who believes a relevant document was inadvertently not included in the below list or later determines a document is relevant to make a complete remand record, may supplement this joint designation without requesting a hearing on a motion to supplement.

| 263 | Plaintiffs | Amended Short Form Complaint | 9/26/2012 |
|---|---|---|---|
| 2047 | Defendants | Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 4/21/2016 |
| 2049 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 4/21/2016 |
| 2163 | Plaintiffs | Memorandum in Opposition to Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 5/9/2016 |
| 2241 | Defendants | Reply to Memorandum in Opposition to Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 5/16/2016 |
| 2668 | Court | Opinion and Order addressing Ethicon's Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 8/26/2016 |
| 2817 | Defendants | Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 9/19/2016 |
| 2818 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 9/19/2016 |
| 2931 | Plaintiffs | Memorandum by Certain Plaintiffs in Wave 3 Cases in opposition to [2817] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. in Certain Wave 3 Cases | 10/11/2016 |
| 3024 | Defendants | Reply Brief in Support of Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 10/20/2016 |
| 5332 | Defendants | Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 3/7/2018 |
| 5333 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. [and incorporating by reference Ethicon's brief from Wave 3 [Doc. 2818]] | 3/7/2018 |
| 5482 | Plaintiffs | Response Memorandum in Opposition to Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 3/21/2018 |
| 5548 | Defendants | Reply Brief in Support of Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 3/28/2018 |

| 8776 | Defendants | Notice of Adoption of Prior Daubert Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. for Wave 12 by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson re: [5548] Reply to Response, [5333] Memorandum In Support, [5332] Motion by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 11/1/2019 |
| 8858 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Bruce Rosenzweig, MD for Wave 12 by All Plaintiffs re: [5482] Memorandum In Opposition | 11/12/2019 |
| 1977 | Defendants | Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 4/20/2016 |
| 1981 | Defendants | Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 4/20/2016 |
| 2100 | Defendants | Motion to Substitute Amended Exhibit A to Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 4/25/2016 |
| 2164 | Plaintiffs | Response in Opposition to Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 5/9/2016 |
| 2210 | Defendants | Reply to Response in Opposition to Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 5/15/2016 |
| 2698 | Court | Opinion and Order addressing Ethicon's Motion to the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 8/31/2016 |
| 4573 | Defendants | Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 8/31/2017 |
| 4574 | Defendants | Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 8/31/2017 |
| 4675 | Plaintiffs | Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude the Wave 5 Testimony of Dr. Scott A. Guelcher, Ph.D. | 9/14/2017 |
| 4692 | Defendants | Reply in Support of Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. | 9/21/2017 |

| 8790 | Defendants | Notice of Adoption of Prior Daubert Motion of Scott A. Guelcher, Ph.D. for Wave 12 by Ethicon, Inc., Johnson & Johnson re: [4573] Motion by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D., [4574] Memorandum of Law in Support, and [4692] Ethicon's Reply | 11/4/2019 |
| 8839 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Scott Guelcher, MD for Wave 12 by All Plaintiffs re: [4675] Memorandum In Opposition | 11/12/2019 |
| 2066 | Defendants | Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 4/21/2016 |
| 2070 | Defendants | Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 4/21/2016 |
| 2185 | Plaintiffs | Response in Opposition to Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 5/9/2016 |
| 2251 | Defendants | Reply to Response in Opposition to Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 5/16/2016 |
| 2710 | Court | Opinion and Order addressing Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladirmir Iakovlev | 9/1/2016 |
| 3790 | Plaintiffs | Response in Opposition to Defendant Ethicon's Motion to Exclude the Opinions and Testimony of Vladimir Iakovlev, M.D. | 4/27/2017 |
| 8804 | Defendants | Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 11/4/2019 |
| 8805 | Defendants | Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 11/4/2019 |
| 8829 | Defendants | Exhibits by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson in support of [8804] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 11/12/2019 |
| 8865 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Vladimir Iakovlev, MD for Wave 12 by All Plaintiffs re: [3790] Response In Opposition | 11/13/2019 |
| 1996 | Defendants | Motion to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D. | 4/21/2016 |

| 1997 | Defendants | Memorandum in Support of Motion to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D. | 4/21/2016 |
|---|---|---|---|
| 2167 | Plaintiffs | Memorandum in Opposition to Motion to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D. | 5/9/2016 |
| 2222 | Defendants | Reply to Response in Opposition to Motion to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D. | 5/16/2016 |
| 2683 | Court | Opinion and Order addressing Ethicon's Motion to Exclude General Causation Testimony of Donald R. Ostergard, M.D. | 8/30/2016 |
| 2814 | Defendants | Motion to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D. | 9/19/2016 |
| 2816 | Defendants | Memorandum in Support of Motion to Exclude or Limit General-Causation Testimony of Donald R. Ostergard, M.D. | 9/19/2016 |
| 2950 | Plaintiffs | Response to Defendants' Motion to Exclude Testimony of Donald Ostergard, M.D. | 10/11/2016 |
| 3011 | Defendants | Reply in Support of Motion to Exclude General-Causation Testimony of Donald R. Ostergard, M.D. | 10/20/2016 |
| 8769 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [3011] Reply to Response, [2816] Memorandum In Support, [2814] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D. in Certain Wave 3 Cases | 11/1/2019 |
| 8851 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Donald R. Ostergard, MD for Wave 12 by All Plaintiffs re: [2950] Response In Opposition | 11/12/2019 |
| 2075 | Defendants | Motion to Exclude Peggy Pence, Ph.D. | 4/21/2016 |
| 2078 | Defendants | Memorandum in Support of Motion to Exclude Peggy Pence, Ph.D. | 4/21/2016 |
| 2172 | Plaintiffs | Memorandum in Opposition to Motion to Exclude Peggy Pence, Ph.D. | 5/9/2016 |
| 2214 | Defendants | Reply to Memorandum in Opposition to Motion to Exclude Peggy Pence, Ph.D. | 5/16/2016 |
| 2664 | Court | Opinion and Order addressing Ethicon's Motion to Exclude Peggy Pence, Ph.D. | 8/25/2016 |
| 2759 | Defendants | Motion to Exclude Peggy Pence, Ph.D. | 9/16/2016 |
| 2760 | Defendants | Memorandum in Support of Motion to Exclude Peggy Pence, Ph.D. | 9/16/2016 |

| 2949 | Plaintiffs | Response in Opposition to Defendants' Motion to Exclude Peggy Pence, Ph.D. | 10/11/2016 |
|------|-----------|----------------------------------------------------------------|------------|
| 3017 | Defendants | Reply in Support of Motion to Exclude Peggy Pence, Ph.D. | 10/20/2016 |
| 8807 | Defendants | Notice of Adoption of Prior Daubert Motion to Exclude to Peggy Pence, M.D. for Wave 12 by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson re: [3017] Reply to Response, [2760] Memorandum In Support, [2759] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude Peggy Pence, Ph.D. in Certain Wave 3 Cases | 11/4/2019 |
| 8855 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Peggy Pence, PhD for Wave 12 by All Plaintiffs re: [2949] Response In Opposition, | 11/12/2019 |
| 4877 | Plaintiffs | Plaintiffs' Motion to Exclude or Otherwise Limit the Opinions and Testimony of Defense Expert Lawrence Lind, M.D. | 10/23/2017 |
| 4878 | Plaintiffs | Memorandum in Support of Plaintiffs' Motion to Exclude or Otherwise Limit the Opinions and Testimony of Defense Expert Lawrence Lind, M.D. | 10/23/2017 |
| 4945 | Defendants | Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude or Otherwise Limit the Opinions and Testimony of Defense Expert Lawrence Lind, M.D. | 11/6/2017 |
| 8559 | Plaintiffs | Motion by All Parties to Exclude or Limit the Opinions and Testimony of Defense Expert Lawrence Lind, M.D. | 8/15/2019 |
| 8560 | Plaintiffs | Memorandum in Support of Plaintiffs' Motion to Limit the Opinions and Testimony of Defense Expert Lawrence Lind, M.D. | 8/15/2019 |
| 8654 | Defendants | Response by Ethicon, Inc., Johnson & Johnson in opposition to [8559] Motion by Certain Plaintiffs to Limit the Opinions and Testimony of Defense Expert Lawrence Lind, M.D. | 8/29/2019 |
| 8728 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Lawrence Lind, MD for Wave 12 by All Plaintiffs re: [8559] Motion by Certain Plaintiffs to Limit the Opinions and Testimony of Defense Expert Lawrence Lind, M.D., [8560] Memorandum In Support, [4878] Memorandum In Support, [4877] Motion by Certain Plaintiffs to Exclude or Otherwise Limit the Opinions and Testimony of Defense Expert Lawrence, M.D. | 10/29/2019 |

| 8881 | Defendants | Defendants' Notice of Adoption of Prior Responses in Waves 6 [4945] and 11 [8654] for Defense Expert Lawrence Lind, M.D. (Wave 12) | 11/13/2019 |
|---|---|---|---|
| 2044 | Plaintiffs | Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Nicolette Sigrid Horbach | 4/21/2016 |
| 2045 | Plaintiffs | Memorandum in Support of Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Nicolette Sigrid Horbach | 4/21/2016 |
| 2183 | Defendants | Memorandum in Opposition to Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Nicolette Sigrid Horbach | 5/9/2016 |
| 2235 | Plaintiffs | Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Nicolette Sigrid Horbach | 5/16/2016 |
| 2714 | Court | Opinion and Order addressing Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Nicolette Sigrid Horbach, M.D. | 9/1/2016 |
| 2907 | Defendants | Memorandum in Response to Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Nicolette Sigrid Horbach | 10/10/2016 |
| 8719 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Nicolette Horbach, MD for Wave 12 by All Plaintiffs re: [2044] Motion by Certain Plaintiffs in Wave 1 Cases to Exclude or Limit the Opinions and Testimony of Dr. Nicolette Sigrid Horbach, M.D., [2045] Memorandum In Support, [2235] Reply to Response | 10/28/2019 |
| 8830 | Defendants | Ethicon Defendants' Notice Of Adoption Of Wave 3 Daubert Response [2907] Regarding Nicolette Sigrid Horbach, M.D., For Wave 12 | 11/12/2019 |
| 2425 | Plaintiffs | Plaintiffs' Motion to Limit the Opinions and Testimony of Peter L. Rosenblatt | 7/21/2016 |
| 2428 | Plaintiffs | Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Limit the Opinions and Testimony of Peter L. Rosenblatt | 7/21/2016 |
| 2535 | Defendants | Ethicon's Memorandum in Opposition to Plaintiffs' Motion to Limit the Opinions and Testimony of Peter L. Rosenblatt, M.D. | 8/8/2016 |
| 2625 | Plaintiffs | Reply in Support of Plaintiffs' Motion to Limit the Opinions and Testimony of Dr. Peter L. Rosenblatt | 8/18/2016 |

| 3553 | Court | Opinion and Order addressing Plaintiffs' Motion to Limit the Opinions and Testimony of Dr. Peter L. Rosenblatt | 3/29/2017 |
|---|---|---|---|
| 8739 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Peter Rosenblatt, MD for Wave 12 by All Plaintiffs re: [2428] Memorandum In Support, [2625] Reply to Response, [2425] Motion by Certain Plaintiffs in Wave 2 Cases to Limit the Opinions and Testimony of Dr. Peter L. Rosenblatt | 10/29/2019 |
| 8893 | Defendants | Notice of Adoption of Prior Daubert Response [2535] Regarding Peter Rosenblatt, M.D. for Wave 12 | 11/14/2019 |
| 1986 | Plaintiffs | Plaintiffs' Amended Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. | 4/20/2016 |
| 1988 | Plaintiffs | Plaintiffs' Amended Memorandum in Support of Their Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. | 4/20/2016 |
| 2143 | Defendants | Response to Plaintiffs' Amended Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. | 5/9/2016 |
| 2661 | Court | Opinion and Order addressing Plaintiffs' Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. | 8/25/2016 |
| 3844 | Plaintiffs | Reply to Notice of Adoption of Prior Daubert Response of Thomas C. Wright Jr., M.D. for Wave 4 | 5/4/2017 |
| 8760 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Thomas C. Wright, MD for Wave 12 by All Plaintiffs re: [3844] Reply to Response, [1988] Memorandum In Support, [1986] Amended Motion by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. | 10/29/2019 |
| 8840 | Defendants | Notice of Adoption of Prior Daubert Response Regarding Thomas C. Wright, Jr., M.D. for Wave 12 by Ethicon, Inc., Johnson & Johnson re: [2143] Response In Opposition | 11/12/2019 |
| 2205 | Plaintiffs | Plaintiffs' Daubert Motion to Exclude, or in the Alternative, to Limit the Opinions and Testimony of Steven Maclean, Ph.D. | 5/14/2016 |

| 2206 | Plaintiffs | Plaintiffs' Memorandum in Support of Plaintiffs' Daubert Motion to Exclude, or in the Alternative, to Limit the Opinions and Testimony of Steven Maclean, Ph.D. | 5/14/2016 |
|---|---|---|---|
| 2287 | Defendants | Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Defendant Ethicon, Inc. and Johnson & Johnson's Expert Steven Maclean, Ph.D., P.E. | 5/31/2016 |
| 2297 | Plaintiffs | Plaintiffs' Reply to Defendants' Response in Opposition to Plaintiffs' Daubert Motion to Exclude on Limit the Opinions and Testimony of Steven Maclean, Ph.D., P.E. | 6/8/2016 |
| 2552 | Defendants | Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Defendant Ethicon, Inc. and Johnson & Johnson's Expert Steven Maclean, Ph.D., P.E. | 8/8/2016 |
| 2724 | Court | Opinion and Order addressing Plaintiffs' Motion to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Steven MacLean, Ph.D., P.E. | 9/2/2016 |
| 2825 | Plaintiffs | Plaintiffs' Daubert Motion to Exclude or to Limit the Opinions and Testimony of Steven Maclean, Ph.D. | 9/19/2016 |
| 2826 | Plaintiffs | Plaintiffs' Memorandum in Support of Their Motion to Exclude or to Limit the Opinions and Testimony of Steven Maclean, Ph.D. | 9/19/2016 |
| 2942 | Defendants | Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Defendant Ethicon, Inc. and Johnson & Johnson's Expert Steven Maclean, Ph.D., P.E. | 10/11/2016 |
| 3053 | Plaintiffs | Plaintiffs' Reply in Support of Daubert Motion to Exclude on Limit the Opinions and Testimony of Steven Maclean, Ph.D., P.E. | 10/21/2016 |
| 8731 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Steven MacLean, Ph.D., P.E. for Wave 12 by All Plaintiffs re: [2205] Daubert Motion by Certain Plaintiffs in Wave 1 Cases to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Steven MacLean, Ph.D., P.E., [2826] Memorandum In Support, [3053] Reply to Response, [2825] Daubert Motion by Certain Plaintiffs in Wave 3 Cases to Exclude Or To Limit The Opinions And Testimony Of | 10/29/2019 |

| | | Steven Maclean, Ph.D., P.E., [2297] Reply to Response, [2206] Memorandum In Support | |
|---|---|---|---|
| 8832 | Defendants | Notice of Adoption of Prior Daubert Response Regarding Steven MacLean, M.D. for Wave 12 by Ethicon, Inc., Johnson & Johnson re: [2942] Response In Opposition, [2287] Response In Opposition | 11/12/2019 |
| 2060 | Plaintiffs | Plaintiffs' Daubert Motion to Exclude the Opinions of FDA Expert Timothy Ulatowski | 4/21/2016 |
| 2065 | Plaintiffs | Plaintiffs' Memorandum in Support of Their Daubert Motion to Exclude the Opinions of FDA Expert Timothy Ulatowski | 4/21/2016 |
| 2134 | Defendants | Response in Opposition to Motion to Exclude Timothy Ulatowski | 5/7/2016 |
| 2232 | Plaintiffs | Plaintiffs' Reply in Support of Their Daubert Motion to Exclude FDA Expert Timothy Ulatowski | 5/16/2016 |
| 2649 | Court | Opinion and Order addressing Plaintiffs' Motion to Exclude the Opinions of FDA Expert Timothy Ulatowski | 8/25/2016 |
| 2910 | Defendants | Supplemental Response and Notice of Adoption of Prior Daubert Response Regarding Timothy Ulatowski for Wave 3 | 10/10/2016 |
| 7346 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Timothy Ulatowski, M.D. for Non-Revision PTO 298 (Election Wave) | 12/18/2018 |
| 8755 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Timothy Ulatowski, M.S. for Wave 12 by All Plaintiffs re: [2060] Daubert Motion by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions of FDA Expert Timothy Ulatowski, [2065] Memorandum In Support, [7346] Notice of Adoption by Certain Plaintiffs of Prior Daubert Motion of Timothy Ulatowski, M.D. for Non-Revision PTO 298 re: [2060] motion, [2065] memorandum of law, [2232] Reply to Response | 10/29/2019 |
| 8822 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [2134] Response In Opposition, [2910] Notice | 11/11/2019 |

DATED:  October 29, 2020


Stipulated and agreed:


**COUNSEL FOR PLAINTIFFS**

**COUNSEL FOR DEFENDANTS ETHICON, INC. AND JOHNSON & JOHNSON**


/s/ Steven D. Davis

Steven D. Davis
Tor Hoerman Law
210 South Main Street
Edwardsville, IL  62025
Tel:  618.656.4400
Fax:  618.656.4401
Email: sdavis@thlawyer.com

/s/ Susan M. Robinson

Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Tel: 304.414.1800
Fax: 304.414.1801
Email: srobinson@tcspllc.com

/s/ William M. Gage

William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
Tel:  601.985.4561
Fax: 601.985.4500
Email: william.gage@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Tel:  304.414.1800
Fax: 304.414.1801
Email: srobinson@tcspllc.com